IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SONIA GUADALUPE RODRIGUEZ, ET AL. | § § § | |
| V. | § § | NO. 2:06cv26-TJW |
| WRL CONSTRUCTION MANAGEMENT, ET AL. | § § | |

## ORDER

Pursuant to the entry of an Agreed Final Judgment on November 8, 2006, all pending motions are hereby **DENIED AS MOOT**.

SIGNED this 1st day of December, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE